# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| | ) CR. NO. 1:20-10001-JDB-01 |
| OCTAVIO CAMACHO NUNEZ, | ) ) ) |
| Defendant. | ) |

## ORDER DENYING MOTION TO SUPPRESS

This cause came for a Hearing on the Motion to Suppress on August 27, 2020.   After Hearing statements of counsel, the Court denied the motion to suppress incorporating its factual findings and conclusions of law issued orally.

A Report Date is set for Thursday, October 1, 2020 at 1:45 p.m. Time under the Speedy Trial Act is excluded from August 27, 2020 through October 1, 2020.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 28th day of August, 2020.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE